IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE CHIQUITO PINARGOTE,

    Petitioner,

v.

WARDEN E. EMMERICH
and U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

ORDER

Case No.  26-cv-479-jdp

Petitioner Jose Chiquito Pinargote seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 19, 2026.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 21, 2025 through the date of the petition, May 21, 2026.

ORDER

IT IS ORDERED that:

    1.    Petitioner Jose Chiquito Pinargote may have until June 19, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 19, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of May, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge